■ In the Matter of DEXTER WASHINGTON, Appellant, v JONATHAN LIPPMAN, as Chief Administrative Judge of the Courts, et al., Respondents. [818 NYS2d 38]—Order and judgment (one paper), Supreme Court, New York County (Ronald A. Zweibel, J.), entered November 15, 2005, denying the application in the nature of mandamus to compel respondents to vacate a corrected sentence and commitment record which reflected that petitioner had been sentenced as a second violent felony offender, and to immediately release him from custody, and dismissing the petition, unanimously affirmed, without costs.

The court properly held that petitioner's claims are barred by collateral estoppel, as they are the same claims that petitioner unsuccessfully litigated in a habeas corpus proceeding in Cayuga County (*see Parker v Blauvelt Volunteer Fire Co.*, 93 NY2d 343, 349 [1999]). The court also properly held that petitioner failed to join necessary parties (*see* CPLR 1001 [a]; *Matter of Lodge v D'Aliso*, 2 AD3d 525 [2003], *lv denied* 2 NY3d 702 [2004]). In any event, all of petitioner's underlying claims are without merit. Concur—Saxe, J.P., Marlow, Nardelli, Catterson and McGuire, JJ.

■ CORNELL CURRY, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Sued Herein as NEW YORK CITY METROPOLITAN TRANSIT AUTHORITY AND ITS POLICE DEPARTMENT, Respondent. [818 NYS2d 39]—Order, Supreme Court, New York County (Robert D. Lippmann, J.), entered January 24, 2006, which denied plaintiff's motion for a default judgment, unanimously affirmed, without costs.

The Supreme Court properly denied plaintiff's motion for a default judgment because, inter alia, plaintiff did not show that defendant's relatively short delay in serving its answer prejudiced him. Moreover, the delay was, at least in part, attributable to the fact that the named defendant is nonexistent, thus creating uncertainty about the identity of the actual entity intended to be sued (CPLR 3012 [d]; *see DeMarco v Wyndham Intl.*, 299 AD2d 209 [2002]; *Higgins v Bellet Constr. Co.*, 287 AD2d 377 [2001]). Concur—Saxe, J.P., Marlow, Nardelli, Catterson and McGuire, JJ.

■ DONALD LABORDE et al., Appellants, v METROPOLITAN LIFE INSURANCE COMPANY et al., Respondents. [817 NYS2d 196]—Order, Supreme Court, New York County (Herman Cahn, J.), entered July 15, 2005, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Catterson and Malone, JJ.